175 A.3d 160

KAPIL GOEL, APPELLANT–PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT–RESPONDENT.

C–239 September Term 2017
079809

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001532–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

175 A.3d 160

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. GERALD C. VAUGHN, DEFENDANT–PETITIONER.

C–253 September Term 2017
079391

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003591–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.